# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| FAITHLEE BROWN; AND JOSEPH HOANG AND KENNETH ROTHWEILER, ESQ., CO-ADMINISTRATORS OF THE ESTATE OF SON THI THANH HOANG, DECEASED AND HIREN PATEL, GUSTAV FREDERIKSEN, BRANDON OSBORN, ELORA LENCOSKI, BARBARA YEAGER-DOYLE, WILLIAM KOOMSON, FNU SAIFULLAH, KEITH PRESSMAN, CHARLES REID, MICHAEL KETCHPAW, SURAJ BALAKRISHNAN AND AHMED ALJAHMI | : No. 100 EM 2016<br>:<br>:<br>:<br>: Emergency Application for Stay<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| GREYHOUND LINES, INC., SABRINA ANDERSON, FIRSTGROUP AMERICA, C.A.V. ENTERPRISES, LLC, AKOS GUBICA AND KAROLY GUBICA | :<br>:<br>:<br>:<br>: |
| PETITION OF: GREYHOUND LINES, INC. AND SABRINA ANDERSON | :<br>: |
| MANAJA LIVINGSTON, DARREN SHIN, ROSAURA SANCHEZ, HECTOR AMADO SANCHEZ, ROSA MARIA TAPIA, SEMEN BABADZHANOV AND TATIANA LIAKH | : No. 101 EM 2016<br>:<br>:<br>: Emergency Application for Stay<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| GREYHOUND LINES, INC., SABRINA ANDERSON, FIRSTGROUP AMERICA, C.A.V. ENTERPRISES, LLC, AKOS GUBICA AND KAROLY GUBICA | :<br>:<br>:<br>:<br>: |
| PETITION OF: GREYHOUND LINES, | : |

INC. AND SABRINA ANDERSON : 

FAITHLEE BROWN; AND JOSEPH : No. 102 EM 2016
HOANG AND KENNETH ROTHWEILER, :
ESQ., CO-ADMINISTRATORS OF THE :
ESTATE OF SON THI THANH HOANG, : Emergency Application for Stay
DECEASED AND HIREN PATEL, :
GUSTAV FREDERIKSEN, BRANDON :
OSBORN, ELORA LENCOSKI, BARBARA :
YEAGER-DOYLE, WILLIAM KOOMSON, :
FNU SAIFULLAH, KEITH PRESSMAN, :
CHARLES REID, MICHAEL KETCHPAW, :
SURAJ BALAKRISHNAN AND AHMED :
ALJAHMI :
:
:
:
v. :
:
:
:
:
GREYHOUND LINES, INC., SABRINA :
ANDERSON, FIRSTGROUP AMERICA, :
C.A.V. ENTERPRISES, LLC, AKOS :
GUBICA AND KAROLY GUBICA :
:
:
:
PETITION OF: GREYHOUND LINES, :
INC. AND SABRINA ANDERSON ----------- :
-------------------------------------------------------- :
-------------------------------------------------------- :
-- MANAJA LIVINGSTON, DARREN :
SHIN, ROSAURA SANCHEZ, HECTOR :
AMADO SANCHEZ, ROSA MARIA TAPIA, :
SEMEN BABADZHANOV AND TATIANA :
LIAKH :
:
:
:
v. :
:
:
:
:
GREYHOUND LINES, INC., SABRINA :
ANDERSON, FIRSTGROUP AMERICA, :
C.A.V. ENTERPRISES, LLC, AKOS :
GUBICA AND KAROLLY GUBICA :
:
:
:
APPEAL OF: GREYHOUND LINES, INC. :

[100 EM 2016, 101 EM 2016, 102 EM 2016, 103 EM 2016, 104 EM 2016, 105 EM
2016, 106 EM 2016 and 107 EM 2016] - 2

AND SABRINA ANDERSON : 

JOSEPH HOANG AND KENNETH : No. 103 EM 2016
ROTHWEILER, ESQUIRE, CO- :
ADMINISTRATORS OF THE ESTATE OF :
SON THI THANH HOANG, DECEASED, : Emergency Application for Stay
AND FAITHLEE BROWN, FNU :
SAIFULLAH AND KEITH PRESSMAN :
AND CHARLES REID AND MICHAEL :
KETCHPAW AND SURAJ :
BALAKRISHNAN AND AHMED ALJAHMI :
AND HIREN PATEL AND ERIC :
KJELLERSTEDT AND GUSTAV :
FREDERIKSEN AND BARBARA :
YEAGER-DOYLE AND BRANDON :
OSBORN AND ELORA LENCOSKI AND :
WILLIAM KOOMSON AND GLORIA :
KOOMSON, H/W :
 :
 :
v. :
 :
 :
 :
GREYHOUND LINES, INC. AND :
SABRINA ANDERSON AND :
FIRSTGROUP AMERICA AND C.A.V. :
ENTERPRISES, INC. AND AKOS :
GUBICA AND KAROLY GUBICA :
 :
 :
 :
PETITION OF: GREYHOUND LINES, :
INC. AND SABRINA ANDERSON :

JOSEPH HOANG AND KENNETH : No. 104 EM 2016
ROTHWEILER, ESQUIRE, CO- :
ADMINISTRATORS OF THE ESTATE OF :
SON THI THANH HOANG, DECEASED, : Emergency Application for Stay
AND  FAITHLEE BROWN AND FNU :
SAIFULLAH AND KEITH PRESSMAN :
AND CHARLES REID AND MICHAEL :
KETCHPAW AND SURAJ :
BALAKRISHNAN AND  AHMED ALJAHMI :
AND HIREN PATEL AND ERIC :
KJELLERSTEDT AND GUSTAV :
FREDERIKSEN AND BARBARA :
YEAGER-DOYLE AND BRANDON :

OSBORN  AND ELORA LENCOSKI AND  :
WILLIAM KOOMSON AND GLORIA    :
KOOMSON, H/W                  :
                              :
                              :
                              :
          v.                  :
                              :
                              :
                              :
GREYHOUND LINES, INC. AND      :
SABRINA ANDERSON AND           :
FIRSTGROUP AMERICA             :
                              :
                              :
          v.                  :
                              :
                              :
                              :
C.A.V. ENTERPRISES, INC. AND AKOS  :
GUBICA AND KAROLY GUBICA       :
                              :
                              :
PETITION OF: GREYHOUND LINES,  :
INC. AND SABRINA ANDERSON      :

MANAJA LIVINGSTON, DAREN SHIN,  :   No. 105 EM 2016
ROSAURA SANCHEZ, HECTOR AMADO  :
SANCHEZ,  ROSA MARIA TAPIA,    :
SEMEN BABADZHANOV, TATIANA     :   Emergency Application for Stay
LIAKH                          :
                              :
                              :
                              :
          v.                  :
                              :
                              :
GREYHOUND LINES, INC. AND      :
SABRINA ANDERSON AND           :
FIRSTGROUP AMERICA AND         :
C.A.V. ENTERPRISES, LLC, AKOS  :
GUBICA AND KAROLY GUBICA       :
                              :
                              :
PETITION OF: GREYHOUND LINES,  :
INC. AND SABRINA ANDERSON      :

JOSEPH HOANG AND KENNETH       :   No. 106 EM 2016
ROTHWEILER, ESQUIRE, CO-       :
ADMINISTRATORS OF THE ESTATE OF  :

[100 EM 2016, 101 EM 2016, 102 EM 2016, 103 EM 2016, 104 EM 2016, 105 EM 2016, 106 EM 2016 and 107 EM 2016] - 4

SON THI THANH HOANG, DECEASED, AND FAITHLEE BROWN, FNU SAIFULLAH, KEITH PRESSMAN, CHARLES REID, MICHAEL KETCHPAW, SURAJ BALAKRISHNAN, AHMED ALJAHMI, HIREN PATEL, ERIC KJELLSERSTEDT, GUSTAV FREDERIKSEN, BARBARA YEAGER-DOYLE, BRANDON OSBORN, ELORA LENCOSKI, WILLIAM KOOMSON AND GLORIA KOOMSON, H/W

v.

GREYHOUND LINES, INC. AND SABRINA ANDERSON AND FIRSTGROUP AMERICA C.A.V. ENTERPRISES, INC., AKOS GUBICA, KAROLY GUBICA

PETITION OF: GREYHOUND LINES, INC. AND SABRINA ANDERSON

: Emergency Application for Stay
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

JOSEPH HOANG AND KENNETH ROTHWEILER, ESQUIRE, CO-ADMINISTRATORS OF THE ESTATE OF SON THI THANH HOANG, DECEASED, AND FAITHLEE BROWN, FNU SAIFULLAH, KEITH PRESSMAN, CHARLES REID, MICHAEL KETCHPAW, SURAJ BALAKRISHNAN, AHMED ALJAHMI, HIREN PATEL, ERIC KJELLSERSTEDT, GUSTAV FREDERIKSEN, BARBARA YEAGER-DOYLE, BRANDON OSBORN, ELORA LENCOSKI, WILLIAM KOOMSON AND GLORIA KOOMSON, H/W

v.

GREYHOUND LINES, INC. AND

: No. 107 EM 2016
:
:
:
: Emergency Application for Stay
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

[100 EM 2016, 101 EM 2016, 102 EM 2016, 103 EM 2016, 104 EM 2016, 105 EM 2016, 106 EM 2016 and 107 EM 2016] - 5

SABRINA ANDERSON AND                 :
FIRSTGROUP AMERICA C.A.V.            :
ENTERPRISES, INC., AKOS GUBICA,      :
KAROLY GUBICA                        :
                                     :
                                     :
                                     :
PETITION OF: GREYHOUND LINES,        :
INC. AND SABRINA ANDERSON            :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of July, 2016, the Emergency Application for Stay is **DENIED**.